

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-12-00152-CR
_____

JEREMY CROSBY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law #2
Hunt County, Texas
Trial Court No. CR1100958

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Jeremy Crosby, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Crosby and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Bailey C. Moseley
Justice

Date Submitted:     October 3, 2012
Date Decided:       October 4, 2012

Do Not Publish

2